```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11  LAURA L. MEDLEY,            ) NO. CV 08-4218-DOC(E)
                                )
12           Plaintiff,         )
                                )
13      v.                      ) ORDER ADOPTING FINDINGS,
                                )
14  DEPUTY LUTHER,              ) CONCLUSIONS AND RECOMMENDATIONS
                                )
15           Defendant.         ) OF UNITED STATES MAGISTRATE JUDGE
                                )
16  _____)
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19  all of the records herein and the attached Report and Recommendation of
20  United States Magistrate Judge.  The Court approves and adopts the
21  Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that: (1) the Complaint and action are dismissed
24  without prejudice for failure to exhaust available administrative
25  remedies; (2) Defendant's Motion to Dismiss is otherwise denied without
26  prejudice as moot; and (3) Defendant's Vexatious Litigant Motion is
27  denied without prejudice as moot.
28  ///
```

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Plaintiff and counsel for Defendant.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7         DATED:  December 2, 2008.

10                                    /s/ David O. Carter
                                       DAVID O. CARTER
11                                UNITED STATES DISTRICT JUDGE

2