UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA L. MEDLEY, | ) | NO. CV 08-4218-DOC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEPUTY LUTHER, | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 2, 2008.

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE